**Law Office of Jordan D. Hankey**
Jordan D. Hankey (SBN 266995)
jrdnhnkylaw@gmail.com
903 State Street, Suite 205
Santa Barbara, CA 93101
Telephone: (805) 682-3352
Fax: (805) 687-5490
Attorneys for Plaintiff KAORI DOLING

**SEYFARTH SHAW LLP**
Kerry Friedrichs (SBN 198143)
kfriedrichs@seyfarth.com
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone No.: (415) 397-2823
Facsimile No.: (415) 397-8549
Attorneys for Defendants TORIDOLL DINING CALIFORNIA. LLC and JUN GOTO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAORI DOLING, | Case No. 8:20-cv-00163-JLS-JDE |
| Plaintiff, | District Judge: Josephine L. Staton |
| v. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TORIDOLL DINING CALIFORNIA, LLC, JUN GOTO | |
| Defendants. | |

/

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

I, Jordan D. Hankey, attest that concurrence in the filing of this document has been obtained from Robin R. Devaux, Counsel for Defendants, Toridoll Dining California LLC and Jun Goto.

**LAW OFFICE OF JORDAN D. HANKEY**

Dated: September 18, 2020

By: /s/ *Jordan D. Hankey*
Jordan D. Hankey, Attorney for Plaintiff Kaori Doling

**SEYFARTH SHAW LLP**

Dated: September 18, 2020

By: /s/ *Robin E. Devaux*
Robin E. Devaux
Attorneys for Defendants Toridoll Dining California LLC and Jun Goto