# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAORI DOLING, | Case No. 8:20-cv-00163-JLS-JDE |
| Plaintiff, | District Judge: Josephine L. Staton |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| TORIDOLL DINING CALIFORNIA, LLC, JUN GOTO | |
| Defendants. | |

### ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: September 21, 2020

JOSEPHINE L. STATON
District Judge: Josephine L. Staton